
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10-14-08

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| RICHARD SCHMIDT | CIVIL ACTION NO. 05-2168 |
| VS. | CHIEF JUDGE HAIK |
| CORNELL HUBERT, WARDEN | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 3rd day of October, 2008.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE