
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __1/9/09__

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**RICHARD SCHMIDT**

**VERSUS**                                    CIVIL ACTION #05-2168
                                              JUDGE HAIK
**CORNELL HUBERT, WARDEN**                    MAGISTRATE JUDGE HILL
**ELAYN HUNT CORRECTIONAL CENTER**

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. 2253, hereby finds that:

__X__    The Certificate of Appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

_____    The Certificate of Appealability is GRANTED for the reasons set forth below:

The applicant has made a substantial showing of the denial of a constitutional right with respect to the issues listed below:

Signed at Lafayette, Louisiana on this __8th__ day of __January__, 2009.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE